# CHAFFETZ LINDSEY LLP

1700 BROADWAY, 33RD FLOOR, NEW YORK, NY 10019
MAIN: +1 212 257 6960 | FAX: +1 212 257 6950

ALEX WALSDORF, ATTORNEY
DIRECT: +1 646 481 5921
A.WALSDORF@CHAFFETZLINDSEY.COM

March 14, 2024

Via CM/ECF

Honorable Kenneth M. Karas
United States District Judge
Hon. Charles L. Brieant Jr. Federal Building
    and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *Swiss Reinsurance America Corporation v. Go Re, Inc.*
      Case No.: 24-cv-518
      Request to File Redacted Versions of Default Judgment Filings

Dear Judge Karas,

We are one of the counsel representing Swiss Reinsurance America Corporation ("Swiss Re") in the above-referenced matter. Swiss Re filed a Petition to Confirm an arbitration award on January 24, 2024. (ECF No. 1). That same day, Swiss Re filed a motion to seal, requesting permission to file the subject arbitration award under seal and the Petition to Confirm and Memorandum of Law in support thereof in redacted form. (ECF Nos. 6, 7). This case was subsequently reassigned to Your Honor.

Respondent Go Re, Inc. ("Go Re") has not responded to the Petition or otherwise appeared in these proceedings, and the deadline for Go Re to respond has expired. Swiss Re thus seeks to move by order to show cause for a default judgment against Go Re. Swiss Re submits this letter motion requesting permission to file redacted versions of its default judgment filings, redacting only the amount of the arbitration award. The legal basis for redacting this limited information is discussed fully in Swiss Re's Memorandum of Law in support of its Motion to Seal (ECF No. 7), and Swiss Re reincorporates those arguments here.

Accordingly, Swiss Re respectfully requests that the Court allow it to file redacted versions of its default judgment filings.

Sincerely,

/s/ Alexander D. Walsdorf

Alexander D. Walsdorf

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.
3/15/2024

WWW.CHAFFETZLINDSEY.COM