**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SWISS REINSURANCE AMERICA
CORPORATION,

                        Petitioner,

        -against-                                         24 **CIVIL** 518 (KMK)

                                                                                 **JUDGMENT**

GO RE, INC.,

                        Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 28, 2024, having found no other ground for vacating the award, the Court has granted the Petition to confirm the arbitration award in the amount of $11,326,463.00. See Langfordv. Beck, No. 20-CV-4980, 2020 WL 6292637, at *2 (S.D.N.Y. Oct. 27, 2020) (confirming award where there was "no genuine dispute as to any material fact" based on the material submitted (quoting Fed. R. Civ. P. 56(a))). Judgment is entered in favor of Petitioner in the amount of $11,326,463.00; accordingly, the case is closed.

**Dated:** New York, New York

       September 4, 2024

                                                               **DANIEL ORTIZ**
                                                               **Acting Clerk of Court**

                                        **BY:**      *K. Mango*

                                                               **Deputy Clerk**